# In the United States Court of Federal Claims

No. 20-1614

(Filed: 11 April 2024)

```
*****************************************
AMERICAN K-9 DETECTION          *
SERVICES, LLC                    *
                                 *
              Plaintiff,         *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant,         *
                                 *
and                              *
                                 *
MICHAEL STAPLETON                *
ASSOCIATES, LTD.                 *
                                 *
              Defendant-Intervenor. *
                                 *
*****************************************
```

## ORDER

**HOLTE, Judge.**

      On 5 May 2022, the Court stayed this case pending the resolution of case No. 23-210, *Global K9 Protection Group, LLC v. United States*. 5 May 2024 Order at 2, ECF No. 172. On 9 April 2024, in related case No. 23-210, the Court entered judgment and dismissed the case. *Global K9 Protection Group, LLC v. United States*, No. 23-210 (Fed. Cl. Apr. 9, 2024), ECF No. 143. The following motions are still pending in this case, No. 20-1614:

- AMK9's Motion for Preliminary Injunction and Motion for Temporary Restraining Order, ECF No. 21;
- AMK9's Motion for Hearing, ECF No. 46;
- The government's Motion to Dismiss Following Corrective Action, ECF No. 132;
- MSA's Motion to Dismiss Following Corrective Action, ECF No. 133; and
- AMK9's Motion to Complete the Administrative Record, ECF No. 149.

At 19 March 2024 oral argument in case No. 23-210, the parties agreed all Motions in case No. 20-1614 are now moot. *See* 19 Mar. 2024 Oral Arg. Tr. ("Tr.") at 149:17–150:12 ("THE COURT: . . . So just to confirm, in that case, . . . for GK9, there's no pending motions left in . . . 20-1614, everything there is now moot? [GK9]: Yes, Your Honor. THE COURT: [AMK9]?

[AMK9]: . . . They're all moot. . . . THE COURT:  [government counsel]?  [GOVERNMENT]: Yes, Your Honor."), ECF No. 135; *Global K9 Protection Group, LLC v. United States*, No. 23-210 (Fed. Cl.  Apr. 9, 2024), ECF No. 143 (*see* Section VII).

Accordingly, the Court **LIFTS THE STAY** in this case and **FINDS AS MOOT** the following motions ECF Nos. 21, 46, 132, 133, and 149.  The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge